**Dated: November 1, 2018**

**The following is ORDERED:**





Janice D. Loyd
U.S. Bankruptcy Judge

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| In re: ) | |
| ) | Case No. 14-14210-JDL |
| JANET SUE SHARPE. ) | Ch. 13 |
| ) | |
| Debtor. ) | |
| ) | |
| JANET SUE SEXTON SHARPE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ADV 18-1097-JDL |
| ) | |
| U.S. BANK NATIONAL ASSOCIATION, ) | |
| as Trustee, and NATIONSTAR ) | |
| MORTGAGE, LLC, ) | |
| ) | |
| Defendants. ) | |

**ORDER GRANTING PLAINTIFF'S REQUEST FOR TEMPORARY RESTRAINING
ORDER AND SETTING HEARING ON PRELIMINARY INJUNCTION**

On the 1st day of November, 2018, this matter came on for hearing upon the Plaintiff's Request for Entry of a Temporary Restraining Order as set forth in the *Second Amended Complaint to Reimpose Automatic Stay as Against U. S. Bank National*

*Association* filed on October 25, 2018 [Doc. 5].  The Plaintiff, Janet Sue Sharp, appeared by her attorney of record, Josh Copeland.  The Court thereupon heard the argument of counsel, considered the verified Second Amended Complaint and took judicial notice of matters authorized by Fed. R. Evid. 201 and 803.  Based upon the findings of fact and conclusions of law announced on the record in open court as required by Fed. R. Bankr. P. 7052 and 9014, which said findings and conclusions are incorporated herein by reference as if fully set forth in this Order, and pursuant to Fed. R. Bankr. P. 7065.

**IT IS ORDERED** that the Plaintiff's request for entry of a Temporary Restraining Order is hereby **Granted**, and Defendants, Nationstar Mortgage, LLC, and U.S. Bank National Association, its agents, servants, employees, attorneys or assigns are hereby enjoined and restrained from proceeding with the action pending in the District Court for Oklahoma County, Oklahoma styled "*Nationstar Mortgage LLC, Plaintiff v. Janet S. Sharpe, et. al, Case No. CJ-2013-3368*", including, but not limited to, seeking confirmation of the sheriff's sale to be conducted in said case, pending the further order of this Court.

**IT IS FURTHER ORDERED** that a hearing on the Plaintiff's Request for a Preliminary Injunction is set for **November 20, 2018, at 2:30 P.M.**, before the Honorable Janice D. Loyd, Chief United States Bankruptcy Judge, in the 2nd Floor Courtroom of the United States Bankruptcy Court for the Western District of Oklahoma, 215 Dean A. McGee Avenue, Oklahoma City, OK 73102.

# # #