IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| IN RE: <br><br> **JANET SUE SHARPE,** <br><br>     PLAINTIFF <br><br> 1 -U.S. BANK NATIONAL ASSOCIATTION, AND <br><br> 2 – NATIONSTAR MORTGAGE, LLC <br><br>     DEFENDANTS. | ADVERSARY Case No.: 18-01097 |

**ANSWER OF U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR STRUCTURED ASSEST SECURITIES CORPORATION MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-RF2 AND NATIONSTAR MORTGAGE, LLC TO THE COMPLAINT TO REIMPOSE AUTOMATIC STAY AS AGAINST U.S. BANK NATIONAL ASSOCIATION**

Comes now the secured creditor, U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR STRUCTURED ASSET SECURITIES CORPORATION MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-RF2 (hereinafter referred to as "USB") and its loan servicer, NATIONSTAR MORTGAGE, LLC (hereinafter referred to as "NATIONSTAR"), by their attorney, Matthew J. Hudspeth, and for their Answer to Plaintiff's Second Amended Complaint to Reimpose Automatic Stay filed by the Debtor on October 25, 2018 (Doc 5, hereinafter referred to as "Complaint") state as follows:

1. USB and NATIONSTAR admit paragraphs 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 14, 15, 16, 17, 19, 20, 23, 24, 33, 34, 49, 54, and 58.

2. USB and NATIONSTAR are without sufficient information to admit or deny paragraphs 12, 13, 18, 21, 22, 25, 26, 27, 28, 29, 30, 31, 32, 35, 36, 37, 38, 39, 40, 41, 42, 43, 44, 45, 46, 47, 50, 51, 52, 55, 56, 59 and 60; therefore they are denied.

3.      To the extent paragraphs 48, 53, and 57 recapitulate and incorporate previous paragraphs of the Second Amended Complaint, USB and NATIONSTAR incorporate the appropriate response(s) to the respective numerical paragraph(s) as set forth above and below.

Further, USB and NATIONSTAR consent to entry of final orders or judgment by the bankruptcy court pursuant to Fed. R. Bankr. P. 7012(b).

WHEREFORE, PREMISES CONSIDERED, USB and NATIONSTAR pray this Court deny the Second Amended Complaint to Reimpose Automatic Stay; and for such further relief as this Court deems appropriate, including awarding USB and/or NATIONSTAR their attorney fees and costs, where appropriate; and for such other and further relief as the Court deems just and equitable.

U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR STRUCTURED ASSET SECURITIES CORPORATION MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-RF2 AND NATIONSTAR MORTGAGE, LLC,

<u>s/ Matthew J. Hudspeth</u>
MATTHEW J. HUDSPETH - #14613
JIM TIMBERLAKE - #14945
Baer Timberlake, P.C.
4200 Perimeter Center, Suite 100
Oklahoma City, OK 73102
Telephone: (405) 842-7722
Fax: (918) 794-2768
mhudspeth@baer-timberlake.com

Attorney for U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR STRUCTURED ASSET SECURITIES CORPORATION MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-RF2 AND NATIONSTAR MORTGAGE, LLC

## CERTIFICATE OF SERVICE

      I hereby certify that I mailed a true and correct copy of the above and foregoing Answer with postage thereon fully prepaid to the parties listed below on November 13, 2018.

Janet Sue Sharpe
508 SW 68th
Oklahoma City, OK 73139

      The following persons should have received notice of the above and foregoing instrument on the same day it was filed by the Court's CM/ECF Electronic Noticing System.

Joshua T Copeland
Copeland Law
124 East Main Street
Norman, OK 73069-1301

By:    s/ Matthew J. Hudspeth
MATTHEW J. HUDSPETH - #14613
JIM TIMBERLAKE - #14945
Baer Timberlake, P.C.
4200 Perimeter Center, Suite 100
Oklahoma City, OK 73102
Telephone: (405) 842-7722
Fax: (918) 794-2768
mhudspeth@baer-timberlake.com
Attorney for U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR STRUCTURED ASSET SECURITIES CORPORATION MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-RF2 AND NATIONSTAR MORTGAGE, LLC