**Dated: November 30, 2018**

**The following is ORDERED:**





Janice D. Loyd
U.S. Bankruptcy Judge

_____

**In the United States Bankruptcy Court**
**For the Western District of Oklahoma**

| | | |
|---|---|---|
| In re: Janet Sue Sharpe, ) | Case No. 14-14210 |
| ) | Chapter 13 |
| Debtor. ) | |
| ) | Judge Janice Loyd |
| _____) | |
| ) | |
| Janet Sue Sexton Sharpe, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Adversary No. 18-01097 |
| ) | |
| U.S. Bank National Association, ) | |
| as Trustee, and ) | Judge Janice Loyd |
| ) | |
| Nationstar Mortgage, LLC ) | |
| ) | |
| Defendants. ) | |

**ORDER GRANTING PLAINTIFF'S REQUEST FOR**
**PRELIMINARY INJUNCTION AND SETTING STATUS CONFERENCE**

    On the 20th day of November 2018, this matter came on for hearing upon the Plaintiff's Request for Preliminary Injunction set forth in the *Second Amended Complaint to Reimpose Automatic Stay as Against U.S. Bank National Association* filed on October 5, 2018 [Doc. 5] and upon the *Order Granting Plaintiff's Request for Temporary Restraining Order and Setting Hearing on Preliminary Injunction* filed on November 1, 2018 [Doc. 9]. The Plaintiff, Janet Sue Sharpe, appeared in person and by her attorney of record, Josh Copeland. The Defendants

appeared by their attorney of record, Jim Timberlake. The Court thereupon heard the arguments of counsel, testimony provided by the Plaintiff, and reviewed documents entered as exhibits into the record. Based upon the findings of fact and conclusions of law announced on the record in open court as required by Fed. R. Bankr. P. 7052 and 9014, which said findings and conclusions are incorporated herein by reference as if fully set forth in this Order, and pursuant to Fed. R. Bankr. P. 7065.

**IT IS ORDERED** that the Plaintiff's request for entry of a Preliminary Injunction is hereby **Granted**, and Defendants, Nationstar Mortgage LLC, and U.S. Bank National Association, its agents, servants, employees, attorneys or assigns are hereby enjoined and restrained from proceeding with the action pending in the District Court for Oklahoma County, styled "*Nationstar Mortgage LLC, Plaintiff v. Janet S. Sharpe, et al., Case No. CJ-2013-3368*", including, but not limited to, seeking confirmation of the sheriff's sale to be conducted in said case, for 90 days from the 20th day of November 2018.

**IT IS FURTHER ORDERED** that a Status Conference in this matter is set for **February 26, 2019, at 2:30 P.M.**, before the Honorable Janice D. Loyd, Chief United States Bankruptcy Judge, in the 2nd Floor Courtroom of the United States Bankruptcy Court for the Western District of Oklahoma, 215 Dean A. McGee Ave., Oklahoma City, OK 73102.

# # #